**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: A.A., A MINOR     :   No. 125 MAL 2017    <span style="color:red">M.D. Appeal Dkt.<br>28 MAP 2017</span>

                                                        :

                                                        :

PETITION OF: A.A.                    :   Petition for Allowance of Appeal from
                                                        :   the Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of July, 2017, the Petition for Allowance of Appeal is

**GRANTED**.  The issue as stated by petitioner, is:

(a.)   Whether the Superior Court's reliance on *Commonwealth v. Kemp* to
       affirm the trial Court's denial of Petitioner's Motion to Suppress Evidence
       was in contradiction with the recent holding of a different Superior Court
       Panel, *Commonwealth v. Nguyen*?